United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br>Plaintiff,<br>v.<br>CAPTAIN ROLAND, et al.,<br>Defendants. | Case No. 25-cv-11117-JD<br><br>**ORDER RE DISMISSAL**<br>Re: Dkt. No. 2 |

Plaintiff, a former detainee, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable because plaintiff is no longer in custody. Dkt. No. 12. Plaintiff has not provided a current mailing address or otherwise communicated with the Court. More than sixty days have passed since the mail was returned. The case is dismissed without prejudice. *See* Local R. 3-11(b). The pending motion (Dkt. No. 2) is vacated.

**IT IS SO ORDERED.**

Dated: August 18, 2026

JAMES DONATO
United States District Judge